No. 83–5677.  McQUEEN v. DIXON ET AL.  C. A. 11th Cir. Certiorari denied.

No. 83–5682.  ALDRICH v. NATIONAL SOCIETY FOR CHILDREN AND ADULTS WITH AUTISM ET AL.  C. A. 4th Cir.  Certiorari denied.

No. 83–5684.  HARRIS v. MISSISSIPPI.  Sup. Ct. Miss.  Certiorari denied.

No. 83–5686.  INGRAM v. ALABAMA.  Ct. Crim. App. Ala. Certiorari denied.

No. 83–5687.  McCRARY v. NEW YORK.  Ct. App. N. Y. Certiorari denied.

No. 83–5690.  WILSON v. MARYLAND.  C. A. 4th Cir.  Certiorari denied.

No. 83–5691.  CAMPBELL v. HECKLER, SECRETARY OF HEALTH AND HUMAN SERVICES.  C. A. 3d Cir.  Certiorari denied.

No. 83–5692.  BUJOL v. CAIN, WARDEN.  C. A. 5th Cir.  Certiorari denied.

No. 83–5694.  AIKEN v. UNITED STATES.  C. A. 3d Cir.  Certiorari denied.

No. 83–5698.  CONTI v. INGERSOLL RAND CO. ET AL.  C. A. 3d Cir.  Certiorari denied.

No. 83–5700.  MOLASKY v. MISSOURI.  Ct. App. Mo., Eastern Dist.  Certiorari denied.

No. 83–5702.  BARNETT v. UNITED STATES.  C. A. 7th Cir. Certiorari denied.

No. 83–5707.  GAMBLES v. UNITED STATES.  C. A. 11th Cir. Certiorari denied.

No. 83–5712.  ROBERSON v. McKASKLE, ACTING DIRECTOR, TEXAS DEPARTMENT OF CORRECTIONS.  C. A. 5th Cir.  Certiorari denied.

No. 83–5715.  FLESHMAN v. HECKLER, SECRETARY OF HEALTH AND HUMAN SERVICES.  C. A. 5th Cir.  Certiorari denied.